| Contract No. | Agency | Sub-Agency | Description | Start Date | End Date | Status | Obligated Amount | Potential Amount |
|---|---|---|---|---|---|---|---|---|
| 47QFNA20F0084 | GSA | Federal Acquisition Service | Aerial Delivery SW Development | 8/25/20 | 8/24/25 | in progress | $4,982,509 | $21,712,423 |
| 47QRAA18D00A1 | GSA | Federal Acquisition Service | Federal Supply Schedule Contract | 5/31/18 | 5/30/23 | in progress | $8,236,870 | $29,543,141 |
| FA865621DA033 | DOD | U.S. Air Force | Eglin Wide Agile Acquisitions Contract | 9/23/21 | 9/9/31 | in progress | $1,000 | $1,000 |
| W15QKN19F0879 | DOD | Army | Procurement of JPADS Base Year Services | 9/24/19 | 8/15/23 | in progress | $2,604,837 | $6,132,445 |
| W15QKN19F0973 | DOD | Army | Parachute Navigation System Post Production Software Support | 9/25/19 | 8/31/25 | in progress | $649,522 | $1,698,272 |
| W911QX19C0029 | DOD | Army | Advanced Test and Evaluation (T&E) for the exponential pace of artificial Intelligence/Machine Learning (AI/ML) Progress | 8/26/22 | 8/31/23 | in progress | $3,195,692 | $44,890,536 |
| W911QY19C0042 | DOD | Army | Research and Development | 6/4/19 | 6/4/24 | in progress | $1,995,067 | $4,285,449 |
| W911QY20C0088 | DOD | Army | Research and Development | 8/24/20 | 8/23/25 | in progress | $9,477,937 | $9,750,000 |
| W911QY22PO081 | DOD | Army | National Security Covered Action - R&D Effort to Further Determine Capability to Meet Mission | 5/20/22 | 12/31/22 | in progress | $248,657 | $248,657 |
| FA865019C7915 | DOD | U.S. Air Force | Rapid Warfighter Exfiltation | 2/8/19 | 8/31/20 | completed | $1,063,287 | $1,063,287 |
| FA86S621FA027 | DOD | U.S. Air Force | Manufacturing ammunition | 9/23/21 | 10/22/21 | completed | $1,000 | $1,000 |
| HR001116C0086 | DOD | Defense Advanced Research Projects Agency | Research and Development: Defense Other | 6/17/16 | 12/14/20 | completed | $7,047,945 | $7,047,945 |
| HR001119C0093 | DOD | Defense Advanced Research Projects Agency | High Agility Terrain Flight Simulation | 6/4/19 | 12/4/19 | completed | $483,710 | $483,710 |
| HR001122C0046 | DOD | Defense Advanced Research Projects Agency | E014042 Rapid Assembly Paramotor for tactical operator relocation (RAPTOR) SBIR Phase II Base | 11/24/21 | 11/30/23 | completed | $500,000 | $1,500,000 |
| W52P1J21C0014 | DOD | Army | Project Gargoyle - JAIC | 1/1/21 | 12/31/21 | completed | $2,749,089 | $2,749,089 |
| W52P1J21C0034 | DOD | Army | Themis Test Harness for AI | 8/30/21 | 8/29/22 | completed | $1,498,372 | $1,498,372 |
| W911NF19C0101 | DOD | Army | Novel Artificial Intellegence (AI)/Machine Learning (ML) Test & Evaluation (T&E) and Ensembling | 9/30/19 | 9/30/22 | completed | $29,932,547 | $29,932,547 |
| W911QX19C0023 | DOD | Army | Base: Test and Evaluation JAIC PMX | 9/4/19 | 7/25/21 | completed | $2,500,277 | $2,500,277 |
| W911QY16PO268 | DOD | Army | Morse Corp SBIR I, IGF: OT:IGF | 9/12/16 | 10/31/18 | completed | $149,999 | $149,999 |
| W911QY17C0014 | DOD | Army | Morse Corp BAA - Base Effort | 4/18/17 | 10/31/22 | completed | $5,812,480 | $6,353,949 |
| W911QY18C0120 | DOD | Army | Obfuscating Film (POOF) | 4/27/18 | 10/31/20 | completed | $999,998 | $999,998 |
| W911QY18PO288 | DOD | Army | Meets requirements of classifed J&A | 9/28/18 | 8/19/19 | completed | $49,500 | $49,500 |
| W911QY19C0042 | DOD | Army | Research and Development | 6/4/19 | 6/4/24 | completed | $1,995,067 | $4,285,449 |
| W911QY19C0073 | DOD | Army | JPADS Mission Planner ATAK Plugin | 8/1/19 | 1/14/22 | completed | $2,242,500 | $2,242,500 |
| W911QY20C0085 | DOD | Army | Obfuscating Film (POOF) | 9/11/20 | 10/31/21 | completed | $1,194,053 | $1,194,053 |
| W911QY21C0077 | DOD | Army | Equipment | 5/18/21 | 12/31/21 | completed | $714,600 | $714,600 |
| W911QY21C0104 | DOD | Army | Equipment | 8/16/21 | 12/31/21 | completed | $308,100 | $308,100 |
| W911QY22PO011 | DOD | Army | Specialized Equipment | 12/13/21 | 1/31/22 | completed | $49,600 | $49,600 |
| W911QY22PO121 | DOD | Army | Cargo Delivery System | 7/29/22 | 9/1/22 | completed | $20,329 | $20,329 |
| | | | | | | Totals: | $90,704,544 | $181,406,227 |

EXHIBIT 1