| Sub Contract No. | Prime Contract Number | Prime Contractor | Agency | Sub-Agency | Description | Start Date | End Date | Status | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 97088 | HR0011-21-C-0058 | Aerovironment | DOD | DARPA | | | 10/28/2023 | in progress | $1,678,814 |
| 10P0-3717 | FA873021F0066 | Tapestry (Boeing) | DOD | U.S. Air Force | Engineering Services | 9/30/2022 | 7/7/2023 | in progress | $1,090,343 |
| 41-7051515 | FA252121F0178 | Bae | DOD | U.S. Air Force | SUAST Phase 2 | 6/4/21 | 1/31/23 | in progress | $90,054 |
| 41-7052860 | FA252121F0178 | Bae | DOD | U.S. Air Force | Subcontractor services ETS1147RT PDPAS phase 3-4 | 6/4/21 | 1/31/23 | in progress | $150,340 |
| 41-7053109 | FA252121F0178 | Bae | DOD | U.S. Air Force | Subcontractor services-enhanced optical video scoring IAW | 6/4/21 | 1/31/23 | in progress | $150,015 |
| 41-7058599 | FA252122F0041 (child of Award FA252120D005) | BAE | DOD | U.S. Air Force | Unified data management study IAW proposal dated 03-11-2022 | 4/7/2022 | 9/30/2025 | in progress | $150,127 |
| 41-7061809 | FA252122F0041 (child of Award FA252120D005) | BAE | DOD | U.S. Air Force | GPS denied RF ranging radio AOA | 8/12/2022 | 9/30/2025 | in progress | $152,972 |
| 41-7061810 | FA252122F0041 (child of Award FA252120D005) | BAE | DOD | U.S. Air Force | Data as a services (DAAS) architecture-consolidation and dev | 8/11/2022 | 9/30/2025 | in progress | $300,061 |
| 41-7062240 | FA252122F0041 (child of Award FA252120D005) | BAE | DOD | U.S. Air Force | Transmission quality metric calculations | 8/29/2022 | 9/30/2025 | in progress | $112,420 |
| 41-7062240 | FA252122F0041 (child of Award FA252120D005) | BAE | DOD | U.S. Air Force | Transmission quality metric calculations | 9/8/2022 | 9/30/2025 | in progress | $112,420 |
| 41-7062485 | FA252122F0041 (child of Award FA252120D005) | BAE | DOD | U.S. Air Force | Sensor fusion architecture design | 9/8/2022 | 9/30/2025 | in progress | $100,477 |
| 2458-17-0001 | FA873017F0095 | Tapestry (Boeing) | DOD | Defense Contract Mgmt Agency | Providing software development support and services to tap | 4/7/2020 | 6/6/2021 | completed | $421,078 |
| SUB1230010-002 | FA873021F0154 | Jacobs Tech. | DOD | U.S. Air Force | Mission planning support aircraft agile efforts | 9/1/2021 | 11/1/2022 | completed | $1,875,349 |
| SUB1237510-003 | FA460006D0003_97000 | Alion | DOD | U.S. Air Force | Protype undersea systems | 5/2/2016 | 12/29/2016 | completed | $256,800 |
| SUB1237510-004 | FA460006D0003_97000 | Alion | DOD | U.S. Air Force | The on demand drop task effort will provide a web-based logistics tracking system | 6/30/2016 | 12/29/2016 | completed | $196,460 |
| SUB1237510-005 | FA460006D0003_97000 | Alion | DOD | U.S. Air Force | | 10/3/2016 | 12/29/2016 | completed | $2,466,629 |
| SUB1244305-001 | FA807514D0014_9700 | Alion | DOD | U.S. Air Force | Software engineering for guided parafoil systems | 6/15/2017 | 9/20/2021 | completed | $1,265,040 |
| 19000845 | W911QX-18-C-0037 | ECS Federal | DOD | Army | | | | | $300,000 |

EXHIBIT 2

| SUB1260205-001 | FA8075-18-D-002 | Alion | | U.S. Air Force | | | | | $700,779 |
|---|---|---|---|---|---|---|---|---|---|
| | FA8730-21-C-0035 | Tapestry (Boeing) | | U.S. Air Force | | | | | $564,134 |
| | | | | | | | | Totals: | $12,134,312 |

EXHIBIT 2